AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of Texas

| Walker | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-03512-K |
| | ) |
| Whataburger Restaurants LLC et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Artemio Melero

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Vincent Wisely
5601 Bridge Street
Suite 300
Fort Worth, TX 76112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 12/01/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-03512-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Artemio Melero
was received by me on *(date)* 01/25/2021.

☑ I personally served the summons on the individual at *(place)* 1034 Terry Way Carrollton Texas 75006 on *(date)* 01/25/2021; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 01/25/2021

LaToria Macon 130916 Exp 1-31-2022
Server's signature

LaToria Macon Process Server
Printed name and title

1105 Stonewall St. #503 A-3 Garland, TX 75043
Server's address

Additional information regarding attempted service, etc: